IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Calvin Nix,<br>AIS #167868, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 2:19-CV-372-WHA-CSC |
| Alabama Board of Pardons<br>and Paroles, et al., | )<br>)<br>) | |
| Defendants. | ) | |

**O R D E R**

This case is before the court on a Recommendation of the Magistrate Judge entered on April 4, 2022 (Doc. 32), to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendants' motion for summary judgment (Doc. 19) is GRANTED.

3. This case is DISMISSED with prejudice.

Final Judgment will be entered separately.

Done, this 26th day of April 2022.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE